THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 9/8/05
TIME: 5:40 PM
INITIALS: JPW

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                    No. CR - 05-20056

TYRONE TERRY,
    Defendant.

### CONSENT ORDER ON MOTION FOR PERMISSION TO TRAVEL OUTSIDE THE WESTERN DISTRICT TO NASHVILLE, TENNESSEE

This matter coame on to be heard upon motion of the defendant to be allowed to travel to Nashville to appear on Friday, September 9, 2005 at 8:45 a.m. as a witness in a civil matter, *Winchester Co. of Tennessee v. Woods*, to be heard in the Metropolitan General Sessions Court of Davidson County, Tennessee in Nashville. Without objection by the United States or the U.S. Probation pretrial services officer and for good cause shown, the motion is **granted.** Mr. Terry may travel to and from Nashville, Tennessee, in the aforesaid matter on Friday, September 9, 2005 and continuing thereafter until the appearance pursuant to the subpoena has been completed.

IT IS SO ORDERED THIS ___8___ DAY OF SEPTEMBER, _____, 2005

                                                  _____
                                                  JUDGE

_____
Tom Colthurst, AUSA

_____
Lorna S. McCluskey, Attorney for Mr. Terry

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 257 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT